COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-155-CV

ANDREW E. ANDERSON APPELLANT

 

V.

SOUTHWEST IMAGING CONSULTANTS, INC. APPELLEE

----------

FROM THE 235TH DISTRICT COURT OF COOKE COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Unopposed Motion to Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL D: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: June 16, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.